**\*E-Filed 8/24/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD M. PEEKEMA., | No. 5:09-CV-3283 RS |
| Plaintiff, | |
| v. | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| BAY AREA AIR QUALITY MANAGEMENT DISTRICT, | |
| Defendant. | |

Defendant ITEQ Corporation has filed a motion to dismiss, docket [13] in the above-captioned matter. This motion is noticed for hearing on September 23, 2009, at 9:30 a.m.

In accordance with Civil Local Rule 73-1, all parties who have not already done so are directed to file their consents or declinations to magistrate judge jurisdiction no later than **September 11, 2009**.

CASE NO. 5:09-CV-3283 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

1    IT IS SO ORDERED.

3    Dated:    8/24/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09-CV-3283 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

Brian Charles Bunger                    bbunger@baaqmd.gov

Randi Leigh Wallach                    rwallach@baaqmd.gov


**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Richard M. Peekema
4817 Wellington Park Drive
San Jose, CA 95136

DATED:   8/24/09

                                              /s/ Chambers Staff
                                              Chambers of Magistrate Judge Richard Seeborg

CASE NO. 5:09-CV-3283 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE

3